UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WALTER D MEJIA,

               Plaintiff,

v.

WHITE PLAINS SELF STORAGE CORP.,

               Defendant.

No. 18-CV-12189 (KMK)

ORDER

KENNETH M. KARAS, United States District Judge:

On January 16, 2020, this Court issued an Opinion & Order dismissing pro se Plaintiff's claims and providing Plaintiff with 30 days to amend his Complaint. (Dkt. No. 16.) However, based on the text of the Opinion & Order and the Docket, there is no indication that the Opinion & Order was ever mailed to Plaintiff. Accordingly, the Court respectfully requests that the Clerk of Court mail a copy of the Opinion & Order, (Dkt. No. 16), to Plaintiff now.

Because it is unclear that Plaintiff ever received the Opinion & Order, the Court provides Plaintiff with an additional 30 days from the date of *this* Order to amend his claims in accordance with the deficiencies identified in the Court's January Opinion & Order. Should Plaintiff fail to amend within 30 days from the date of *this* Order, his claims may be dismissed with prejudice. The Clerk is respectfully requested to also mail a copy of this Order to Plaintiff.

SO ORDERED.

DATED:    February 21, 2020
               White Plains, New York

                                                         KENNETH M. KARAS
                                                         UNITED STATES DISTRICT JUDGE